# EXHIBIT N

Case 1:21-cv-08300-VSB   Document 1-14   Filed 10/07/21   Page 2 of 12

# Los Angeles Times

LOG IN

POLITICS

# Former officials Nuñez, Boxer and Villaraigosa lead exodus from powerful lobbying firm



**Los Angeles Times** | **$1 for 6 months** Limited-Time Offer | **SUBSCRIBE NOW**

OCT. 7, 2021 4 AM PT



Former prominent Democratic elected officials Fabian Nuñez, Barbara Boxer and Antonio Villaraigosa led the mass resignations from one of the state's most powerful lobbying firms, Mercury Public Affairs.

The departures are largely prompted by financial disputes. Nuñez filed a lawsuit that alleges that Omnicom — Mercury's parent company — failed to live up to an agreement that would allow the California group to grow its business around the world. The suit also faults Omnicom for its use of restrictive covenants — in effect noncompete clauses — that are illegal under California law even if signed. And Nuñez excoriates the company's handling of a foreign nonprofit tied to former Trump campaign manager Paul Manafort that exposed Mercury to liability and public denouncement.

"I have no choice but to stand up for not only my business, but my reputation and my dignity," Nuñez, a [former state Assembly speaker](#), wrote in a resignation letter to Omnicom Chief Executive John Wren on Friday.

The lawsuit and the resignations — from about a quarter of the company's workforce — throw into doubt the California presence of a powerhouse lobbying firm, which has raked in $1.3 million so far this year from clients such as Clorox, Lyft, the California Charter Schools Assn. and Westlands Water District, the utility that oversees the heart of the state's agricultural lands in the Central Valley.

Los Angeles Times | $1 for 6 months Limited-Time Offer | SUBSCRIBE NOW

Nuñez, Villaraigosa, Boxer and the other California employees who left the company plan to set up a public affairs and consulting firm.

**POLITICS**

**Column: Barbara Boxer on abortion, being mugged and Dianne Feinstein**

Sept. 12, 2021

"All our clients are coming with us," said Villaraigosa, the former Los Angeles mayor who also accused Omnicom of holding them "hostage" with noncompete clauses.

Boxer, the former United States senator, did not respond to a request for comment.

Spokespeople for Omnicom Group and Mercury said they could not comment until Thursday.

Mercury, a bipartisan firm, has multiple offices in the United States, including in Washington, Albany, N.Y., and Austin, Texas, and has an international reach as well. The company is registered with the U.S. Justice Department to represent a number of foreign entities, including the governments of Ethiopia and Haiti.

**CLIMATE & ENVIRONMENT**

**Heat waves are far deadlier than we think. How California neglects this climate threat**

Oct. 7, 2021



*Los Angeles Times* | $1 for 6 months Limited-Time Offer | SUBSCRIBE NOW

The firm has long been an influential lobbying force in California politics.

Former Assemblyman Mike Gatto, a Los Angeles Democrat who chaired the Assembly Appropriations Committee, said Mercury's reputation in the state Capitol was distinct from that of other public affairs firms.

"Mercury actively sought former elected officials. They wanted to expand very fast, and they did," Gatto said. "They went from, for lack of a better term, a run-of-the-mill lobbying shop that still had significant power to a very, very prestigious shop that transcended lobbying in many ways."

Nuñez, the largest minority shareholder, joined the firm 13 years ago.

He and Kirill Goncharenko, a founding partner of Mercury and a co-plaintiff in the lawsuit, are seeking a declaration that they could continue to work with their clients in California and London, and pursue new opportunities without violating their noncompete clauses, which they argue are illegal in California.

They accuse Omnicom of violating their agreement to allow them to open new offices and for Omnicom to acquire these offices once they met certain benchmarks.



## The view from Sacramento

**For reporting and exclusive analysis from bureau chief John Myers, get our California Politics newsletter.**

Enter email address

SIGN ME UP

*Los Angeles Times* | $1 for 6 months  Limited-Time Offer | SUBSCRIBE NOW

In the resignation letter, Nuñez also raises the company's handling of a nonprofit referred to Mercury by [Manafort, who went to prison for crimes](#) stemming from his work on behalf of Ukraine's former pro-Russian government.

Nuñez alleges a law firm tied to Omnicom was working with a Belgium-based entity but refused to register under the Foreign Agent Registration Act. Once the nongovernmental organization was revealed to be funded by a Ukrainian oligarch, Mercury was investigated by federal prosecutors for not registering through FARA and lost clients, including a $1.4-million contract with the nonprofit California Endowment, because of the association with Manafort.

Though Mercury and its personnel were ultimately not prosecuted, the Omnicom-linked law firm ended up settling with the Department of Justice. Omnicom would not allow the personnel to sue, Nuñez said.

Most public affairs firms have little visibility beyond the close-knit world of political insiders. But Mercury is an exception, said Jessica Levinson, a professor at Loyola Law School, in part because it employed well-known public figures such as Boxer, Villaraigosa and Nuñez.

"In the public affairs world, that's the equivalent of having three degrees from an Ivy League," said Levinson, former president of the Los Angeles Ethics Commission.

POLITICS    CALIFORNIA    CALIFORNIA POLITICS

Los Angeles Times | $1 for 6 months  Limited-Time Offer    SUBSCRIBE NOW

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.



Seema Mehta

Twitter    Instagram    Email    Facebook

Seema Mehta is a reporter who covered the 2020 campaign, the fourth presidential race she has written about for the Los Angeles Times. She started at the Times in 1998 and recently completed a Knight-Wallace fellowship at the University of Michigan.



Melanie Mason

Twitter    Instagram    Email    Facebook

Melanie Mason is a national political correspondent for the Los Angeles Times, based in Los Angeles. She started with The Times in Washington, D.C., in 2011, covering money and politics, and she also covered state politics and government in Sacramento.

Los Angeles Times | $1 for 6 months Limited-Time Offer | SUBSCRIBE NOW

**MORE FROM THE LOS ANGELES TIMES**

POLITICS

Arizona officials decry Republican efforts to undermine election results with audit

30 minutes ago

POLITICS

Biden administration expected to ink new security agreement with Mexico

1 hour ago

POLITICS

Democrats are divided over how much Biden's agenda should benefit the wealthy

Oct. 7, 2021

POLITICS

Report details Trump's efforts to reverse election results

Oct. 7, 2021



Los Angeles Times | $1 for 6 months  Limited-Time Offer | SUBSCRIBE NOW

Case 1:21-cv-08300-VSB   Document 1-14   Filed 10/07/21   Page 9 of 12

#### SUBSCRIBERS ARE READING

SCIENCE

Big gap between Pfizer, Moderna vaccines seen for preventing COVID hospitalizations

CALIFORNIA

'The mood is grim': Death threats, violence, intimidation mark another pandemic school year

TELEVISION



Los Angeles Times | $1 for 6 months  Limited-Time Offer | SUBSCRIBE NOW

L.A. to require proof of COVID vaccination at indoor restaurants, salons, other venues

**DODGERS**

Plaschke: The Shot Heard Round the Ravine: Dodgers top Cardinals in epic wild-card walkoff

ADVERTISEMENT

**LATEST POLITICS** >

**CALIFORNIA**

Riverside County sheriff was once a member of an extremist group with ties to the Jan. 6 insurrection

Oct. 7, 2021

**CALIFORNIA**

Enough is enough. It's time to phase out offshore oil production in California

Oct. 7, 2021

**CALIFORNIA**

Who can can opt out of school COVID vaccine mandate? California lawmakers eye crackdown

Oct. 7, 2021

**OPINION**

Column: America's democracy seems to need radical changes. But what are the chances, really?

Oct. 7, 2021

*Los Angeles Times* | $1 for 6 months Limited-Time Offer | **SUBSCRIBE NOW** 

Oct. 6, 2021

Los Angeles Times | $1 for 6 months  Limited-Time Offer | SUBSCRIBE NOW

Subscribe for unlimited access

Follow Us

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2021, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Los Angeles Times    $1 for 6 months    SUBSCRIBE NOW
                     Limited-Time Offer