UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCURY PUBLIC AFFAIRS LLC and MPA HOLDINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> FABIAN NUNEZ and KIRILL GONCHARENKO, <br><br> Defendants. | Case No. 1:21-cv-8300 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Mercury Public Affairs LLC, by and through its undersigned counsel, hereby certifies that Omnicom Group Inc. ("Omnicom") is the ultimate parent company of Mercury Public Affairs LLC, and MPA Holdings Inc. is a wholly owned subsidiary of Omnicom. No publicly held corporation owns 10% or more of the stock of the above-listed entities.

Dated: October 7, 2021
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Jeff G. Hammel
Jeff G. Hammel
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: jeff.hammel@lw.com

*Attorneys for Plaintiffs*