UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERCURY PUBLIC AFFAIRS LLC and
MPA HOLDINGS INC.,

              Plaintiffs,

-against-

FABIAN NUNEZ and KIRILL
GONCHARENKO,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:21-cv-8300 (VSB)(JLC)

**NOTICE OF MOTION**

**ECF FILING**

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated October 12, 2021, the Declaration of Simon Miller, dated October 12, 2021, the Declaration of Kirill Goncharenko, dated October 12, 2021 and the Declaration of Fabian Nunez, dated October 12, 2021 all with the exhibits annexed thereto and all prior proceedings had herein, Defendants Fabian Nunez and Kirill Goncharenko (collectively "Defendants") will move this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 12(b)(1) dismissing this Action for lack of subject matter jurisdiction and granting Defendants such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       October 13, 2021

                                          **EISNER, LLP**

                                          By: */s/ Simon Miller*
                                               Simon Miller
                                         152 West 57th Street, 48th Floor
                                         New York, New York 10019
                                         (646) 876-2600
                                         smiller@eisnerlaw.com

                                         *Attorneys for Defendants*

1