# EXHIBIT 3

October 12, 2021

*Via Electronic Mail*

Kieran Mahoney
High Stakes Holding Co. LLC
E-Mail: kvmahoney@aol.com

  Re: *Notice of Continued Ownership Interest in High Stakes Holding Co. LLC*

Dear Kieran,

  I am sending this letter on behalf of myself and Fabian Nunez. As you know, we resigned from our employment with Mercury Public Affairs, LLC ("Mercury") on October 1, 2021, effective immediately. As I informed you during our telephone discussion the morning of October 1, 2021, notwithstanding our resignations, our ownership interests in High Stakes Holding Co. LLC ("High Stakes") remain in full force and effect.

  As you know, pursuant to Section 9.2 of the First Amendment to the Second Amended and Restated Operating Agreement of High Stakes, there are certain instances where the repurchase of membership units in High Stakes may occur. Accordingly, unless and until such repurchase is effectuated, if at all, we maintain our respective ownerships interests in High Stakes and all rights related thereto.

  We look forward to having discussions with you regarding the potential terms and timing of High Stakes' repurchase of our membership units. However, and as stated above, we will remain members of High Stakes and continue to rightfully hold our ownership interests in the meantime.

              Sincerely,

              Kirill Goncharenko