# EXHIBIT 4

Begin forwarded message:

**From:** Jeffrey Davis <JDavis@mosessinger.com>
**Date:** October 11, 2021 at 2:12:39 PM PDT
**To:** Kirill Gonch <kgonch@yahoo.com>, Fabian Nunez <f.nunez@mac.com>
**Cc:** Michael Eisner <Meisner@eisnerlaw.com>, KIERAN MAHONEY <kvmahoney@aol.com>
**Subject: FW: Confidential**

Kirill and Fabian, I am forwarding a notice delivered late Friday afternoon to Kieran and me, as the notice parties under the MPA LLC Agreement, and relating to your status as members of High Stakes.  Jeff

**Jeffrey Davis  |  Partner**
**Moses & Singer LLP**
The Chrysler Building, 405 Lexington Avenue
New York, New York 10174
t: 212.554.7837  |  jdavis@mosessinger.com
www.mosessinger.com
*Celebrating 100 Years and Beyond*

**Please visit the COVID-19 resources page on our website.**

---

**From:** Mark Walker (DAS Group) [mailto:Mark.Walker@dasglobal.com]
**Sent:** Friday, October 08, 2021 5:51 PM
**To:** Kieran Mahoney <kmahoney@mercuryllc.com>; Jeffrey Davis <JDavis@MOSESSINGER.COM>
**Cc:** Louis Januzzi (Omnicom Group) <louis.januzzi@omnicomgroup.com>
**Subject:** Confidential

Dear Sirs
Please find attached a notice from MPA Holdings Inc under the Mercury Public Affairs Operating Agreement.

1

Kind regards
Mark Walker

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

**MPA HOLDINGS INC.**
c/o DAS Group of Companies
1285 Avenue of the Americas
New York, New York 10019

October 8, 2021

*Via Email and FedEx*

High Stakes Holdings Co. LLC
c/o Mercury Public Affairs LLC
14502 N. Dale Mabry Hwy, Suite 104
Tampa, FL 33618
Attention: Kieran Mahoney

Re:  *Mercury Public Affairs Operating Agreement; Termination of Employment of Goncharenko and Nunez*

To Whom It May Concern:

Reference is made to that certain Fourth Amended and Restated Limited Liability Company Agreement of Mercury Public Affairs LLC, dated December 31, 2013, among MPA Holdings Inc., a Delaware corporation, High Stakes Holdings Co. LLC, a Delaware limited liability company (the "**Class B Member**"), Mercury Public Affairs LLC, a Delaware limited liability company (the "**Company**"), and each of the other parties referenced therein, as amended on April 28, 2017 (collectively, the "**Mercury Operating Agreement**"). Capitalized terms used but not defined in this notice shall have the meanings ascribed to such terms in the Mercury Operating Agreement.

We are aware that the employment with the Company of each of Kirill Goncharenko and Fabian Nunez (collectively, the "**Terminated Principals**") has terminated. Section 11.3 of the Mercury Operating Agreement states:

> "Each of the Principals hereby agrees that in the event the employment of any Principal with the Company is terminated for any reason whatsoever such Principal shall immediately withdraw as a member from the Class B Member and such Principal shall no longer be able to participate in any allocation of any Aggregate Bonus Amount (commencing with the calendar year in which such termination of employment occurs)."

This letter confirms that, as required by the Mercury Operating Agreement, effective immediately upon their terminations of employment, each of the Terminated Principals has withdrawn as a member of the Class B Member and accordingly, is no longer a member of the Class B Member. We reserve all rights with respect to this matter.

[*Signature Page Follows*]

4011999.1 999999-9999-000

        Very truly yours,

        **MPA HOLDINGS INC.**

By: _____
Name:  John Walker
Title:   Vice President & Secretary

Cc:

    Moses & Singer LLP
    405 Lexington Avenue
    New York, New York 10174
    Attention: Jeffrey M. Davis, Esq.