```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MERCURY PUBLIC AFFAIRS LLC,                                  :
and MPA HOLDINGS INC.,                                       :
                                                             :
                              Plaintiffs,                    :       21-CV-8300 (VSB)
                                                             :
              -against-                                      :       ORDER
                                                             :
FABIAN NUNEZ, and KIRILL                                     :
GONCHARENKO,                                                 :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 13, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). (Docs. 12, 13.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by November 3, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by November 12, 2021. Defendants' reply, if any, shall be served by November 26, 2021.

SO ORDERED.

Dated: October 14, 2021
       New York, New York

                                           _____
                                           Vernon S. Broderick
                                           United States District Judge