**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERCURY PUBLIC AFFAIRS LLC, and MPA HOLDINGS INC.<br><br>          Plaintiffs,<br><br>  -against-<br><br>FABIAN NUNEZ, and KIRILL GONCHARENKO,<br><br>          Defendants. | Case No. 1:21-cv-08300-VSB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

 PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mercury Public Affairs LLC and MPA Holdings Inc. hereby voluntarily dismiss all their claims in the above-captioned action without prejudice and without costs to any party, as to Defendants Fabian Nunez and Kirill Goncharenko, and request that the case be closed.

 Defendants have not answered or moved for summary judgment.

Dated: November 3, 2021
   New York, New York

                     /s/ Jeff G. Hammel_____

| | |
|---|---|
| Joseph B. Farrell<br>Nima H. Mohebbi<br>Sarah F. Mitchell<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:  (213) 485-1234<br>Fax:  (213) 891-8763<br>E-mail address: Joe.Farrell@lw.com<br>      Nima.Mohebbi@lw.com<br>      Sarah.Mitchell@lw.com | Jeff G. Hammel<br>Justin S. Kirschner<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel:  (212) 906-1200<br>Fax:  (212) 751-4864<br>E-mail address: Jeff.Hammel@lw.com<br>      Justin.Kirschner@lw.com<br><br>*Attorneys for Plaintiffs* |